IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,

    Plaintiff,

  v.

SHEA MORTGAGE, ET AL.,

    Defendants.

No. C 12-02883 CRB

**ORDER TO SHOW CAUSE**

Pro se Plaintiff Manuel Gonzales brought this suit against Defendant Shea Mortgage and others in connection with his home mortgage. See Compl. (dkt. 1). Defendant First American Title Company moved to dismiss the case on October 11, 2012. See Mot. (dkt. 12). Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter. Plaintiff has failed to file a timely opposition brief. Accordingly, Plaintiff is ORDERED to show cause by Monday, November 5, 2012 why his case should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 31, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2883\osc.wpd