IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>SHEA MORTGAGE, ET AL.,<br><br>    Defendants.                / | No. C 12-02883 CRB<br><br>**ORDER DISMISSING CASE** |

    Pro se Plaintiff Manuel Gonzales failed to timely file an opposition to Defendant's motion to dismiss, and so this Court ordered him to show cause by Monday, November 5, 2012 why his case should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). See dkt. 25. Plaintiff failed to respond to the Court's Order. Accordingly, the case is DISMISSED with prejudice.

    **IT IS SO ORDERED.**

Dated: November 7, 2012

                                                CHARLES R. BREYER<br>                                                UNITED STATES DISTRICT JUDGE