IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,

    Plaintiff,

  v.

SHEA MORTGAGE, ET AL.,

    Defendants.
                                    /

No. C 12-02883 CRB

**JUDGMENT**

    Having dismissed Plaintiff's case with prejudice, this Court enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: November 7, 2012

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2883\judgment.wpd