IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,　　　　　　　　　　　　No. C 12-02883 CRB

　　　　Plaintiff,　　　　　　　　　　　　　　**JUDGMENT**

　　v.

SHEA MORTGAGE, ET AL.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　／

　　　　Having dismissed Plaintiff's case with prejudice, this Court enters judgment for Defendants and against Plaintiff.

　　　　**IT IS SO ORDERED.**

Dated: November 7, 2012　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2883\judgment.wpd